UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHAVA BELLA LAUFER,

                             **Plaintiff,**

                -against-

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

                           **Defendants.**

-----------------------------------------------------------------X

25-CV-00922 (DEH)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2025

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed an action in the Supreme Court of the State of New York, County of Rockland on January 2, 2025. See ECF No. 4, at 1, 6. Defendant TransUnion, LLC was served with a summons and notice on January 6, 2025. Id. at 6. On January 31, 2025, Defendant TransUnion, LLC timely removed the action to the United States District Court for the Southern District of New York. The Notice of Removal was docketed on February 3, 2025. ECF No. 4. Plaintiff has not yet entered an appearance on the docket in this case. Because 28 U.S.C. § 1447(c) provides that a motion to remand the case must be made within 30 days after the filing of a notice of removal, all parties are directed to file an appearance on the docket by March 5, 2025. Any motion to remand must be filed by March 5, 2025.

2

Defendant TransUnion, having filed the Notice of Removal initiating this case, is ORDERED to serve a copy of this Order on Plaintiff and the other Defendants and file proof of service on the docket by February 12, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   February 5, 2025
         New York, New York